IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 6:93-CR-3403-ODS |
| BOB PAILLET, et al., | ) |
| Defendants. | ) |

ORDER DIRECTING GOVERNMENT TO RESPOND

On December 26, 2017, Michael Smith filed a request for documents in this matter pursuant to the Freedom of Information Act. Doc. #179. The Court directs the Government to respond to Mr. Smith's motion on or before January 24, 2018.

The Clerk of the Court is directed to send a copy of this Order via first-class mail, postage prepaid to Michael Smith, #14057-049, Federal Correctional Institution Schuylkill, P.O. Box 759, Minersville, PA 17954.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: January 10, 2018
UNITED STATES DISTRICT COURT